IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CELLTRACE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AT&T INC.; AT&T MOBILITY LLC F/K/A | § | CIVIL ACTION NO. 6:09-CV-294-LED |
| CINGULAR WIRELESS LLC; T-MOBILE | § | |
| USA, INC.; ALLTEL CORPORATION; | § | JURY TRIAL DEMANDED |
| ALLTEL COMMUNICATIONS, LLC; ETEX | § | |
| TELEPHONE COOPERATIVE INC.; ETEX | § | |
| COMMUNICATIONS, L.P.; METROPCS | § | |
| COMMUNICATIONS, INC.; METROPCS | § | |
| WIRELESS, INC.; SPRINT NEXTEL | § | |
| CORPORATION; SPRINT SPECTRUM L.P.; | § | |
| SPRINT COMMUNICATIONS COMPANY | § | |
| L.P.; NEXTEL OPERATIONS, INC.; | § | |
| NEXTEL WEST CORP.; NEXTEL OF | § | |
| CALIFORNIA, INC.; NEXTEL | § | |
| COMMUNICATIONS OF THE MID- | § | |
| ATLANTIC, INC.; NEXTEL OF NEW | § | |
| YORK, INC.; NEXTEL SOUTH CORP.; | § | |
| NEXTEL OF TEXAS, INC.; UNITED | § | |
| STATES CELLULAR CORPORATION; and | § | |
| CELLCO PARTNERSHIP D/B/A VERIZON | § | |
| WIRELESS, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS AT&T INC. AND AT&T MOBILITY LLC'S NOTICE OF COMPLIANCE WITH P.R. 3-3 AND P.R 3-4

Defendants AT&T Inc. and AT&T Mobility LLC hereby notify the Court that they

served on counsel of record for plaintiff the disclosures required by P.R. 3-3 and P.R. 3-4 on

March 12, 2010 pursuant to  the Court's December 14, 2009 Docket Control Order (D.I. 46).

Dated:  March 12, 2010                    Respectfully submitted,

                                          BAKER BOTTS L.L.P.


                                          By:  _/s/ Christopher W.  Kennerly_____

                                          Bryant C. Boren, Jr., Lead Attorney
                                          State Bar No. 02664100
                                          Email:  bryant.c.boren@bakerbotts.com
                                          Christopher W. Kennerly
                                          State Bar No. 00795077
                                          Email:  chris.kennerly@bakerbotts.com
                                          Kevin E. Cadwell
                                          State Bar No. 24036304
                                          kevin.cadwell@bakerbotts.com

                                          **BAKER BOTTS L.L.P.**
                                          620 Hansen Way
                                          Palo Alto, California 94304
                                          650.739.7501 – Voice
                                          650.739.7601 – Facsimile

                                          **ATTORNEYS FOR DEFENDANTS AT&T
                                          INC AND AT&T MOBILITY LLC**


                    **CERTIFICATE OF SERVICE**

        I certify that on March 12, 2010, all counsel of record were served with a copy of
this document via electronic mail.  I also certify that counsel for Plaintiff was served via
Certified Mail Return Receipt Requested.

                                          _/s/ Christopher W. Kennerly_____
                                          Christopher W. Kennerly

2