IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLTRACE LLC, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>AT&T INC.; AT&T MOBILITY LLC f/k/a )<br>CINGULAR WIRELESS LLC; T-MOBILE )<br>USA, INC.; ALLTEL CORPORATION; )<br>ALLTEL COMMUNICATIONS, LLC; )<br>ETEX TELEPHONE COOPERATIVE )<br>INC.; ETEX COMMUNICATIONS, L.P.; )<br>METROPCS COMMUNICATIONS, INC.; )<br>METROPCS WIRELESS, INC.; SPRINT )<br>NEXTEL CORPORATION; SPRINT )<br>SPECTRUM L.P.; SPRINT )<br>COMMUNICATIONS COMPANY L.P.; )<br>NEXTEL OPERATIONS, INC.; NEXTEL )<br>WEST CORP.; NEXTEL OF )<br>CALIFORNIA, INC.; NEXTEL )<br>COMMUNICATIONS OF THE MID- )<br>ATLANTIC, INC.; NEXTEL OF NEW )<br>YORK, INC.; NEXTEL SOUTH CORP.; )<br>NEXTEL OF TEXAS, INC.; UNITED )<br>STATES CELLULAR CORPORATION; )<br>and CELLCO PARTNERSHIP d/b/a )<br>VERIZON WIRELESS, )<br>)<br>    Defendants. )<br>) | CIVIL ACTION NO.<br>6:09-CV-294-LED<br><br><br><br><br><br><br>NOTICE OF COMPLIANCE<br>WITH PATENT RULES 3-3 AND 3-<br>4 BY THE SPRINT NEXTEL<br>DEFENDANTS |

## NOTICE

Pursuant to the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of Texas, and this Court's Discovery Order, Defendants Sprint Nextel Corporation, Sprint Spectrum L.P., Sprint Communications Company L.P., Nextel Operations, Inc., Nextel West Corporation, Nextel of California, Inc., Nextel Communications of the Mid-Atlantic, Inc., Nextel of New York, Inc., Nextel South

Corporation, and Nextel of Texas, Inc. (collectively, the "Sprint Nextel Defendants"), by and through counsel, provide notice that they have complied with Patent Rules 3-3 and 3-4.

Respectfully submitted, this 12th day of March, 2010.

/s/ Joey H. Foxhall_____
Michael S. Connor (admitted *pro hac vice*)
Joey H. Foxhall (admitted *pro hac vice*)
ALSTON & BIRD, LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Telephone:  (704) 444-1000
Facsimile:  (704) 444-1111
E-mail:       mike.connor@alston.com
                  joey.foxhall@alston.com

Alan L. Whitehurst
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 756-3300
Facsimile:  (202) 756-3333
E-mail:  alan.whitehurst@alston.com

Walter Thomas Henson
RAMEY & FLOCK
100 E Ferguson
Suite 500
Tyler, Texas 75702-0629
Telephone:  (903) 597-3301
Facsimile:  (903) 597-2413
E-mail:  thenson@rameyflock.com

*Counsel for the Sprint Nextel Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLTRACE LLC, | ) | CIVIL ACTION NO. |
| | ) | 6:09-CV-294-LED |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| AT&T INC. *et al.*, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned hereby certifies that the within NOTICE OF COMPLIANCE WITH PATENT RULES 3-3 AND 3-4 BY THE SPRINT NEXTEL DEFENDANTS was caused to be served upon counsel of record, who are deemed to have consented to electronic service, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 12, 2010.

/s/ Joey H. Foxhall
Attorney for the Sprint Nextel Defendants