# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CELLTRACE LLC**<br>  Plaintiff,<br><br>v.<br><br>**AT&T, INC., et al.,**<br>  Defendants | **CIVIL ACTION NO. 6:09-cv-294**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL OF CLAIMS
## BETWEEN PLAINTIFF CELLTRACE LLC AND
## <u>DEFENDANT UNITED STATES CELLULAR CORPORATION</u>

Plaintiff Celltrace LLC and Defendant United States Cellular Corporation by their respective counsel of record, stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims asserted by Plaintiff Celltrace against Defendant United States Cellular Corporation be, and hereby are, dismissed **WITH PREJUDICE** to refiling same, each party to bear its own costs.

Date: September 27, 2010

Respectfully submitted,

By: /s/   *Donald Puckett*
Brent N. Bumgardner
Attorney-in-Charge
State Bar No. 00795272
Edward R. Nelson III
State Bar No. 00797142
Barry J. Bumgardner
State Bar No. 00793424
Christine B. Lindsey
State Bar No. 24041918
Decker A Cammack
State Bar No. 24036311
**NELSON BUMGARDNER CASTO, P.C.**
3131 W 7th St, Suite 300
Fort Worth, TX 76107
(817)377-9111
(817)377-3485 (Fax)
bbumgardner@nbclaw.net
enelson@nbclaw.net
bbumgardner@nbclaw.net
clindsey@nbclaw.net
dcammack@nbclaw.net

Leslie D. Ware
State Bar No. 00785179
lware@thewarefirm.com
Donald Puckett
State Bar No. 24013358
dpuckett@thewarefirm.com
Mark W. Born
State Bar No. 24034334
mborn@ thewarefirm.com
Eric S. Tautfest
State Bar No. 24028534
etautfest@thewarefirm.com
**THE WARE FIRM**
2101 Cedar Springs Road, Suite 1900
Dallas, Texas 75201
214-744-5000
214-744-5013 Fax

*By: /s/ Steve Malin with Permission*
Steve Malin
Texas Bar No. 12859750
Email: smalin@sidley.com
**SIDLEY AUSTIN LLP**
717 N Harwood, Suite 3400
Dallas, Texas 75201
Tel: (214)981-330
Fax: (214)981-3400

Richard J. O'Brien – *Pro Hac Vice*
Illinois Bar No. 3125248
Email: robrien@sidley.com
Rachel Sher – *Pro Hac Vice*
Illinois Bar No. 6293785
Email: rsher@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312)853-7283
Fax: (312)853-7036

**ATTORNEYS FOR DEFENDANT UNITED STATES CELLULAR CORPORATION**

Eric M. Albritton
State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, TX 75606
(903)757-8449
(903)758-7397 (Fax)
ema@emafirm.com


T. John Ward, Jr.
State Bar No. 00794818
Jack Wesley Hill
State Bar No. 24032294
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, TX 75606
(903)757-6400
(903)757-2323 (Fax)
jw@jwfirm.com
wh@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
CELLTRACE LLC.**

**CERTIFICATE OF ELECTRONIC SERVICE**

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per LOCAL RULE CV-5(a)(3) today, September 27, 2010.  Any other counsel of record will be served by postage paid, certified first class mail, return receipt requested.

                                       /s/ *Donald Puckett*
                                       Donald Puckett