**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CELLTRACE LLC**<br>**Plaintiff,**<br><br>**v.**<br><br>**AT&T, INC., et al.,**<br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:09-cv-294**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL OF CLAIMS**
**BETWEEN PLAINTIFF CELLTRACE LLC AND**
**THE SPRINT NEXTEL DEFENDANTS**

Plaintiff Celltrace LLC and Defendants Sprint Nextel Corporation, Sprint Spectrum L.P., Sprint Communications Company L.P., Nextel Operations, Inc., Nextel West Corp., Nextel of California, Inc., Nextel Communications of the Mid-Atlantic, Inc., Nextel of New York, Inc., Nextel South Corp., and Nextel of Texas, Inc., (collectively the "Sprint Nextel Defendants"), by their respective counsel of record, stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims asserted by Plaintiff Celltrace LLC against the Sprint Nextel Defendants, and all counterclaims asserted by the Sprint Nextel Defendants against Plaintiff Celltrace LLC, shall be and hereby are dismissed ***WITH PREJUDICE*** to refiling same, each party to bear its own costs.

Date: October 4, 2010

Respectfully submitted,

By: /s/ *Donald Puckett*
Brent N. Bumgardner
Attorney-in-Charge
State Bar No. 00795272
Edward R. Nelson III
State Bar No. 00797142
Barry J. Bumgardner
State Bar No. 00793424
Christine B. Lindsey
State Bar No. 24041918
Decker A Cammack
State Bar No. 24036311
**NELSON BUMGARDNER CASTO, P.C.**
3131 W 7th St, Suite 300
Fort Worth, TX 76107
(817)377-9111
(817)377-3485 (Fax)
bbumgardner@nbclaw.net
enelson@nbclaw.net
bbumgardner@nbclaw.net
clindsey@nbclaw.net
dcammack@nbclaw.net

Leslie D. Ware
State Bar No. 00785179
lware@thewarefirm.com
Donald Puckett
State Bar No. 24013358
dpuckett@thewarefirm.com
Mark W. Born
State Bar No. 24034334
mborn@ thewarefirm.com
Eric S. Tautfest
State Bar No. 24028534
etautfest@thewarefirm.com
**THE WARE FIRM**
2101 Cedar Springs Road, Suite 1900
Dallas, Texas 75201
214-744-5000
214-744-5013 Fax

*By: /s/ Michael S. Connor with Permission*
Walter Thomas Henson
Texas Bar No. 09494000
**RAMEY & FLOCK**
100 E Ferguson
Suite 500
Tyler, Texas 75702-0629
Tel: (903) 597-3301
Fax: (903) 597-2413
thenson@rameyflock.com

Alan L. Whitehurst
Texas Bar No. 00786958
**ALSTON & BIRD, LLP**
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333
alan.whitehurst@alston.com

Michael S. Connor (*pro hac vice*)
N.C. Bar No. 16152
Richard M. McDermott (*pro hac vice*)
N.C. Bar No. 21201
Anthony B. Taylor (*pro hac vice*)
N.C. Bar No. 37220
**ALSTON & BIRD, LLP**
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
mike.connor@alston.com
rick.mcdermott@alston.com
tony.taylor@alston.com

**ATTORNEYS FOR THE SPRINT NEXTEL DEFENDANTS**

Eric M. Albritton
State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, TX 75606
(903)757-8449
(903)758-7397 (Fax)
ema@emafirm.com

T. John Ward, Jr.
State Bar No. 00794818
Jack Wesley Hill
State Bar No. 24032294
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, TX 75606
(903)757-6400
(903)757-2323 (Fax)
jw@jwfirm.com
wh@jwfirm.com

**ATTORNEYS FOR PLAINTIFF CELLTRACE LLC.**

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per LOCAL RULE CV-5(a)(3) today, October 4, 2010. Any other counsel of record will be served by postage paid, certified first class mail, return receipt requested.

/s/ *Donald Puckett*
Donald Puckett