**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELLTRACE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:09-cv-294-LED |
| | § | |
| AT&T INC., et al , | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANTS ETEX TELEPHONE COOPERATIVE INC. AND
<u>ETEX COMMUNICATIONS, L.P.</u>**

WHEREAS, Plaintiff Celltrace LLC, and Defendants Etex Telephone Cooperative Inc. and Etex Communcations, L.P stipulate, subject to the approval of the Court, that:

1. Any and all claims and/or counterclaims by both parties are dismissed without prejudice from the case.

2. Plaintiff Celltrace LLC, and Defendants Etex Telephone Cooperative Inc. and Etex Communcations, L.P. shall each bear their own attorney's fees, expenses and costs.

3. Plaintiff's complaint as to all other defendants is not impacted by this stipulation and dismissal.

**Dated:   November 1, 2010**                    Respectfully submitted,

/s/ T. JOHN WARD, JR.
T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

Brent N. Bumgardner
Attorney-in-Charge
Texas State Bar No. 00795272
Edward R. Nelson, III
Texas State Bar No. 00797142
Barry J. Bumgardner
Texas State Bar No. 00793424
Christie B. Lindsey
Texas State Bar No. 24041918
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
(817) 377-3485 (fax)
bbumgardner@nbclaw.net
enelson@nbclaw.net
barry@nbclaw.net
clindsey@nbclaw.net

Leslie D. Ware
State Bar No. 00785179
lware@thewarefirm.com
Donald Puckett
State Bar No. 24013358
dpuckett@thewarefirm.com
Mark W. Born
State Bar No. 24034334
mborn@thewarefirm.com
THE WARE FIRM
2101 Cedar Springs Road, Suite 1900
Dallas, Texas 75201
(214) 744-5000
(214) 744-5013 (fax)

>Eric M. Albritton
>Texas State Bar No. 00790215
>ALBRITTON LAW FIRM
>P.O. Box 2649
>Longview, TX  75606
>(903) 757-8449
>(903) 758-7397 (fax)
>ema@emafirm.com
>
>**ATTORNEYS FOR PLAINTIFF**
>**CELLTRACE LLC**
>
>*David B. Griffith w/permission TJWJr*
>David B. Griffith
>Attorney at Law
>Texas Bar No. 08479300
>Griffith & Smoak, P.C.
>404 N. Titus
>P.O. Box 864
>Gilmer, Texas 75644-0864
>Tel:  (903) 843-5005
>Fax: (903) 843-5392
>davidg@griffithlawfirm.com
>
>**Attorney for Defendants Etex Telephone Cooperative, Inc and**
>**Etex, Communications, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

>/s/ T. JOHN WARD, JR._____
>T. John Ward, Jr.