# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| CELLTRACE LLC, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:09-cv-294 |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| AT&T INC., et al , | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff Celltrace LLC ("Celltrace") and Defendants AT&T Mobility LLC, T-Mobile USA, Inc., Alltel Corporation, Alltel Communications, LLC and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants") hereby submit this Joint Motion to Amend the Docket Control Order.

Celltrace and Defendants are diligently working to prepare this matter for trial and to complete outstanding discovery. Accordingly, Celltrace and Defendants move the Court to amend the current schedule as follows:

| Current Deadline | Proposed Deadline | Description |
|---|---|---|
| April 22, 2011 | April 29, 2011 | Pretrial Disclosures due.<br>Video and Stenographic Deposition Designation due. Each party who proposes to offer deposition testimony shall file a disclosure identifying the line and page numbers to be offered. |
| April 22, 2011 | April 29, 2011 | Parties shall exchange exhibit lists and witness lists. |
| April 29, 2011 | April 29, 2011 (no change) | Deadline for filing oppositions to Daubert motions. Motions to extend page limits will only be granted in exceptional circumstances. |
| May 4, 2011 | May 9, 2011 | Parties to Identify Rebuttal Trial Witnesses. |
| May 4, 2011 | May 9, 2011 | Rebuttal Designations and Objections to Deposition Testimony due. Cross examination line and page numbers to be included. In video depositions, each party is responsible for preparation of the final edited video in accordance with their parties' designations and the |

**JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER**       Page 1

|  |  |  |
|---|---|---|
|  |  | Court's rulings on objections. |
| May 11, 2011 | May 11, 2011 (no change) | Pretrial Objections due (including objections to exhibits lists and witness lists). |
| May 6, 2011 | May 6, 2011 (no change) | Deadline for filing replies in connection with Daubert motions. |
| May 10, 2011 | May 10, 2011 (no change) | Motions in Limine due. The parties are directed to meet and confer and attempt to resolve all limine issues before filing any motions in limine. |
| May 20, 2011 | May 16, 2011 | Objections to Rebuttal Deposition Testimony due and Objections to Rebuttal Trial Witnesses due. |
| May 17, 2011 | May 17, 2011 (no change) | Responses to Motions in Limine due. |
| April 22, 2011 | May 18, 2011 | Joint Pretrial Order; Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings due. If a daily transcript or real time reporting of court proceedings is requested for trial or hearings, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Shea Sloan, at shea_sloan@txed.uscourts.gov. Proposed Findings of Fact and Conclusions of Law with citation to authority for issues tried to the bench. |
| May 20, 2011 | May 20, 2011 (no change) | Parties to file estimates of the amount of time they request at jury selection and trial for (1) voir dire, (2) opening statements, (3) direct and cross examinations, and (4) closing arguments. |
| May 24, 2011 | May 24, 2011 (no change) | 9:00 a.m. PRETRIAL CONFERENCE at the United States District Court, 211 W. Ferguson, Courtroom of Judge John D. Love, Tyler Texas. All pending motions will be heard. Lead trial counsel must attend the pretrial conference. |
| June 6, 2011 | June 6, 2011 (no change) | 9:00 a.m. JURY SELECTION at the United States District Court, 211 W. Ferguson, 3rd Floor, Courtroom of Judge Leonard Davis, Tyler, Texas. |

**Dated: April 20, 2011.**                                          Respectfully submitted,

*/s/ George Scott*
Brent N. Bumgardner
Attorney-in-Charge
Texas State Bar No. 00795272
Edward R. Nelson, III
Texas State Bar No. 00797142
Barry J. Bumgardner
Texas State Bar No. 00793424
Decker A. Cammack
Texas State Bar No. 24036311
Steven W. Hartsell
Texas State Bar No. 24040199
**NELSON BUMGARDNER CASTO, P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
(817) 377-3485 (fax)
bbumgardner@nbclaw.net
enelson@nbclaw.net
barry@nbclaw.net
dcammack@nbclaw.net
shartsell@nbclaw.net

Leslie D. Ware
Texas State Bar No. 00785179
lware@thewarefirm.com
Donald Puckett
Texas State Bar No. 24013358
dpuckett@thewarefirm.com
Mark W. Born
Texas State Bar No. 24034334
mborn@thewarefirm.com
Eric S. Tautfest
Texas State Bar No. 24028534
etautfest@thewarefirm.com
George Scott
Texas State Bar No. 24061276
gscott@thewarefirm.com
**THE WARE FIRM**
2101 Cedar Springs Road, Suite 1900
Dallas, Texas 75201
(214) 744-5000
(214) 744-5013 (fax)

T. John Ward, Jr.
Texas State Bar No. 00794818

Jack Wesley Hill
Texas State Bar No. 24032294
**WARD & SMITH LAW FIRM**
111 W. Tyler Street
Longview, Texas 75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com
wh@jwfirm.com

Eric M. Albritton
Texas State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, TX 75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

**ATTORNEYS FOR PLAINTIFF
CELLTRACE LLC**


*/s/ Kevin P. Anderson (w/permission)*
Allen F. Gardner
Michael E. Jones
**POTTER MINTON, PC**
110 North College, Suite 500
Tyler, TX 75702
Phone: 903-597-8311
Fax:    903-593-0846
allengardner@potterminton.com
mikejones@potterminton.com

James H. Wallace, Jr.
Kevin P. Anderson
Karin Hessler
Robert Scheffel
Brian Pandya
**WILEY REIN LLP**
1776 K Street NW
Washington, DC 20006
Phone: (202)719-7000
Fax:    (202)719-7049
jwallace@wileyrein.com
kanderson@wileyrein.com
khessler@wileyrein.com
rscheffel@wileyrein.com

**JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER**                         **Page 4**

bpandya@wileyrein.com

**ATTORNEYS FOR DEFENDANTS ALLTEL COMMUNICATIONS, LLC And ALLTEL CORPORATION**

*/s/ Kevin Cadwell (w/Permission)*
Bryant C. Boren, JR., Lead Attorney
Christopher W. Kennerly
Kevin Cadwell
**BAKER BOTTS L.L.P.**
620 Hansen Way
Palo Alto, CA 94304
(650)739-7501 – Boren
(650)739-7501
(650)739-7602 – Fax
bryant.c.boren@bakerbotts.com
chris.kennerly@bakerbotts.com
kevin.cadwell@bakerbotts.com

**ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC**

*/s/ Kevin P. Anderson (w/permission)*
Allen F. Gardner
Michael E. Jones
**POTTER MINTON, PC**
110 North College, Suite 500
Tyler, TX 75702
Phone: 903-597-8311
Fax:    903-593-0846
allengardner@potterminton.com
mikejones@potterminton.com

James H. Wallace, Jr.
Kevin P. Anderson
Karin Hessler
**WILEY REIN LLP**
1776 K Street NW
Washington, DC 20006
Phone: (202)719-7000
Fax:    (202)719-7049
jwallace@wileyrein.com
kanderson@wileyrein.com
khessler@wileyrein.com

**ATTORNEYS FOR DEFENDANT
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS**

*/s/ Benjamin Hershkowitz (w/Permission)*
Benjamin Hershkowitz
Josh A. Krevitt
Kevin W. Cherry
Joshua Furman
**G**IBSON**, D**UNN **& C**RUTCHER **LLP**
200 Park Avenue
New York, NY 10166
Phone: 212-351-2410  Hershkowitz
          212-351-2490  Krevitt
          212-351-2492  Cherry
          212-351-2461  Furman
Fax:    212-351-6210  Hershkowitz
          212-351-6390  Krevitt
          212-351-6292  Cherry
          212-351-5261  Furman
bhershkowitz@gibsondunn.com
jkrevitt@gibsondunn.com
jfurman@gibsondunn.com
kcherry@gibsondunn.com
www.gibsondunn.com

Michael C. Smith
**S**IEGMAN **B**URG **P**HILLIPS **& S**MITH**, LLP**
P.O. Box 1556
Marshall, TX 75671-1556
Phone: (903)938-8900
Fax:    (972)767-4620
michaelsmith@siebman.com

**ATTORNEY FOR DEFENDANT
T-MOBILE USA, INC.**

**JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER**                     **Page 6**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of April, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                            */s/ George Scott*
                                            George Scott